**WO**

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>        Plaintiff, )<br>                            )<br>    v.                      )<br>                            )<br>Philip Nicholas Maniatis,   )<br>        Defendant.          )<br>_____) | **CR-06-424-PHX-SRB**<br><br>**ORDER TO CONTINUE ARRAIGNMENT**<br><br>(First Request) |

Upon motion of the Defendant, for the reasons set forth in the motion and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion to Continue Arraignment is granted pursuant to 18 U.S.C.§3161(h)(8)(A). This court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant. This finding is based upon the court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.§3161(h)(8)(B)(iv).

IT IS ORDERED that the Arraignment date be continued from Friday, April 28, 2006 at 9:45 a.m. to Wednesday, May 17, 2006 at 10:45 a.m., in Courtroom 303, 3rd floor, in

/ / /

1 | Phoenix, Arizona before Magistrate Judge Virginia A. Mathis.

2 | DATED this 27th day of April, 2006.

*[Signature]*
Lawrence O. Anderson
United States Magistrate Judge